AUG 02 2021 13:40 USBC

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Massachusetts

In re  Denise R. Migliorini                           ,         Case No. 18-12846

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust
_____
Name of Transferee

Citibank, N.A., as trustee for CMLTI Asset Trust
_____
Name of Transferor

Name and Address where notices to transferee should be sent:
  c/o SN Servicing Corporation
  323 Fifth Street
  Eureka, CA 95501

Phone:  800.603.0836
Last Four Digits of Acct #:     7201

Court Claim # (if known): ____3-1____
Amount of Claim:  ___$249,655.62___
Date Claim Filed:  ___08/31/2018___

Phone: _312.291.3781_____
Last Four Digits of Acct. #: ___9903___

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_[signature]_____          Date: 07/22/2021
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.